Before the Third Division, June 3, 1940

No. 43842.—Protest 922867–G of Close & Stewart (Seattle).

Opinion by Keefe, J. The merchandise consists of four Anaconda hoists, two machine bars, and one Worthington cyanide solution pump. From the evidence it was held that the affidavit for free entry was not presented to the collector with the entry papers. The claim under paragraph 1615 was therefore overruled.

No. 43843.—Protests 975600–G, etc., of F. W. Woolworth Co. et al. (Baltimore, etc.).

Opinion by Keefe, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the Second Division, June 4, 1940

No. 43844.—Protests 836943–G, etc., of F. W. Woolworth Co. (Los Angeles).

Opinion by Dallinger, J. It was stipulated that the merchandise consists of bridge table pencil holders similar to those the subject of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) and id. (T. D. 47857). Certain items were held dutiable as household utensils at 40 percent under paragraph 339. Pencil holders and photo frames plated with silver were held dutiable at 50 percent under the same paragraph.

No. 43845.—Protests 890363–G, etc., of S. Lisk & Bro. (New York).

Opinion by Dallinger J. The evidence showed that the merchandise consists of pencil sharpeners similar to those the subject of Abstract 41633. The claim at 40 percent under paragraph 339 was therefore sustained.

No. 43846.—Protests 923417–G, etc., of Haruta & Co., Inc. (New York).

Opinion by Dallinger, J. The evidence showed that the merchandise consists of pencil sharpeners similar to those the subject of Abstract 41633. The claim at 40 percent under paragraph 339 was therefore sustained.

No. 43847.—Protests 925221–G, etc., of Wm. Shaland (New York).

Opinion by Dallinger, J. On the record presented the pencil sharpeners, pencil holders, and dime savings banks were held dutiable at 40 percent under paragraph 339. Abstract 41633, *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20), and Abstract 42749 followed.